UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON JOSEPH GUIDRY | * | CIVIL ACTION |
| VERSUS | * | NO. 09-4254 |
| C & G WELDING, INC. AND CAL DIVE | * | SECTION "N" |
| OFFSHORE CONTRACTORS, INC. | | |
| | * | MAGISTRATE 4 |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE JUDGE ROBY |

## ANSWER TO COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Cal Dive Offshore Contractors, Inc. ("Cal Dive"), and for answer to the Complaint of plaintiff, Jason Joseph Guidry, does aver as follows:

## FIRST DEFENSE

The Complaint filed on behalf of Jason Joseph Guidry fails to state a claim against Cal Dive upon which relief may be granted.

1

## SECOND DEFENSE

The Complaint filed on behalf of Jason Joseph Guidry fails to state a valid cause of action and/or right of action against Cal Dive.

## THIRD DEFENSE

Cal Dive pleads the affirmative defenses of prescription, estoppel, and the applicable statute of limitations.

## FOURTH DEFENSE

**AND NOW,** answering the Complaint, paragraph by paragraph, Cal Dive avers as follows:

### I.

The allegations of fact contained in Paragraph 1 of the Complaint are denied for lack of information sufficient to justify a belief therein.

### II.

The allegations of fact contained in Paragraph 2 of the Complaint are denied as written.

### III.

The allegations contained in Paragraph 3 of the Complaint apply to law and not fact, and, therefore, require no response from this defendant.

### IV.

The allegations contained in Paragraph 4 of the Complaint apply to law and not fact, and, therefore, require no response from this defendant.

V.

The allegations contained in Paragraph 5 of the Complaint apply to law and not fact, and, therefore, require no response from this defendant.

VI.

The allegations of fact contained in Paragraph 6 of the Complaint are denied for lack of information sufficient to justify a belief therein.

VII.

The allegations of fact contained in Paragraph 7 of the Complaint are denied for lack of information sufficient to justify a belief therein.

VIII.

The allegations of fact contained in Paragraph 8 of the Complaint are denied for lack of information sufficient to justify a belief therein.

IX.

The allegations of fact contained in Paragraph 9 of the Complaint are denied for lack of information sufficient to justify a belief therein.

X.

The allegations of fact contained in Paragraph 10 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XI.

The allegations of fact contained in Paragraph 11 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XII.

The allegations of fact contained in Paragraph 12 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XIII.

The allegations of fact contained in Paragraph 13 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XIV.

The allegations of fact contained in Paragraph 14 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XV.

The allegations of fact contained in Paragraph 15 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XVI.

The allegations of fact contained in Paragraph 16 of the Complaint are denied.

XVII.

The allegations of fact contained in Paragraph 17 of the Complaint are denied for lack of information sufficient to justify a belief therein.

## XVIII.

The allegations contained in Paragraph 18 of the Complaint are denied insofar as deemed to apply to Cal Dive.

## XIX.

The allegations of fact contained in Paragraph 19 of the Complaint are denied for lack of information sufficient to justify a belief therein.

## XX.

The allegations of fact contained in Paragraph 20 of the Complaint are denied for lack of information sufficient to justify a belief therein.

## XXI.

The allegations of fact contained in Paragraph 21 of the Complaint are denied.

## XXII.

The allegations of fact contained in Paragraph 22 of the Complaint are denied.

## XXIII.

The allegations of fact contained in Paragraph 23 of the Complaint are denied for lack of information sufficient to justify a belief therein.

## XXIV.

The allegations contained in Paragraph 24 of the Complaint are denied insofar as deemed to apply to Cal Dive.

XXV.

The allegations of fact contained in Paragraph 25 of the Complaint are denied.

XXVI.

The allegations of fact contained in Paragraph 26 of the Complaint are denied.

XXVII.

The allegations of fact contained in Paragraph 27 of the Complaint are denied.

XXVIII.

The allegations contained in Paragraph 28 of the Complaint are denied insofar as deemed to apply to Cal Dive.

XXIX.

The allegations of fact contained in Paragraph 29 of the Complaint are denied.

XXX.

The allegations of fact contained in Paragraph 30 of the Complaint are denied.

XXXI.

The allegations of fact contained in Paragraph 31 of the Complaint are denied.

XXXII.

The allegations of fact contained in Paragraph 32 of the Complaint are denied.

XXXIII.

The allegations of fact contained in Paragraph 33, incorrectly numbered 34, of the Complaint are denied.

XXXIV.

Defendant, Cal Dive, has no objection to plaintiff's demand for jury trial.

XXXV.

The allegations of fact contained in all unnumbered paragraphs of the Complaint, including those which follow "WHEREFORE," are denied.

## FIFTH DEFENSE

Plaintiff's damages, if any, were caused or contributed to by his own negligence, particular inattention to duty, and other faults, all of which will be proven during the trial of this matter, which fault should act as a complete bar, or in the alternative, as a mitigating factor, to any recovery by plaintiff of damages herein.

## SIXTH DEFENSE

Further answering, Cal Dive avers that plaintiff's damages, if any, which are specifically and expressly denied, were neither caused by nor contributed to by Cal Dive, nor by anyone for whom it could or may have been responsible herein; rather, said damages, which again are specifically and expressly denied, were caused by the acts, negligence and other fault of other parties and concerns.

## SEVENTH DEFENSE

Further, and in the alternative, plaintiff has failed to timely and properly mitigate any damages sustained.

7

## **EIGHTH DEFENSE**

The statutory provisions alleged by plaintiff in support of his cause(s) of action against Cal Dive have no application to it.

**WHEREFORE,** defendant, Cal Dive Offshore Contractors, Inc., prays that its answer be deemed good and sufficient, and that after due proceedings are had that there be judgment in favor of defendant, Cal Dive Offshore Contractors, Inc., and against plaintiff, Jason Joseph Guidry, dismissing the Complaint filed on behalf of plaintiff, with prejudice, and for all additional relief that this Court is competent to provide.

Respectfully submitted,

BAYNHAM BEST, L.L.C.


     *s/ T. Patrick Baynham*
T. PATRICK BAYNHAM, T.A.  (#16805)
JOHN CALVIN BOX (#18809)
Two Lakeway Center - Suite 950
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  (504) 837-3878
Telecopier:  (504) 837-8495
E-Mail: tpbaynham@baynhambest.com

Attorneys for Defendant,
Cal Dive Offshore Contractors, Inc.

8

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 29th day of July, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

_____*s/ T. Patrick Baynham*_____