UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON JOSEPH GUIDRY | * | CIVIL ACTION |
| VERSUS | * | NO. 09-4254 |
| C & G WELDING, INC. AND CAL DIVE OFFSHORE CONTRACTORS, INC. | * | SECTION "N" |
| | * | MAGISTRATE 4 |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE JUDGE ROBY |

**CORPORATE DISCLOSURE STATEMENT**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Cal Dive Offshore Contractors, Inc., and makes the following corporate disclosure statement in accordance with the Federal Rules of Civil Procedure 7.1 and Local Rule 5.6E.

Cal Dive Offshore Contractors, Inc. is not a publicly traded corporation.

1

Respectfully submitted,

BAYNHAM BEST, L.L.C.


   *s/ T. Patrick Baynham*
T. PATRICK BAYNHAM, T.A.  (#16805)
JOHN CALVIN BOX (#18809)
Two Lakeway Center - Suite 950
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  (504) 837-3878
Telecopier:  (504) 837-8495
E-Mail: tpbaynham@baynhambest.com

Attorneys for Defendant,
Cal Dive Offshore Contractors, Inc.


**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of July, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.


   *s/ T. Patrick Baynham*